## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JASON WADE BURNETT,**

     **Petitioner,**

  **v.**            **CASE NO. 24-3032-JWL**

**TED HEATON,**

     **Respondent.**

### NOTICE AND ORDER TO SHOW CAUSE

On February 29, 2024, Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) At that time, he was an inmate at the Stevens County Jail in Hugoton, Kansas. *Id.* at 1. On March 8, 2024, the Court issued a notice and order to show cause (NOSC), which was mailed to Petitioner at the Stevens County Jail. (Doc. 4.) On April 5, 2024, the NOSC was returned to the Court marked "Return to Sender[.] No longer here[.]" (Doc. 6.) Thus, it appears that Petitioner is no longer at the Stevens County Jail. Rule 5.1(b)(3) of the Rules of the United States District Court for the District of Kansas requires a pro se party to "notify the clerk of any change of address or telephone number." D. Kan. R. 5.1(b)(3).

**IT IS THEREFORE ORDERED** that Petitioner is granted until and including April 22, 2024, in which to provide the clerk, in writing, with his current address. The failure to do so may result in the dismissal of this matter without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED:   This 8th day of April, 2024, at Kansas City, Kansas.

      s/ John W. Lungstrum
      JOHN W. LUNGSTRUM
      United States District Judge